UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JEANETTE LYNN ALESHIRE, and
ANDREW STEVEN ALESHIRE,

      Plaintiffs,

                                              ORDER ADOPTING
v.                              REPORT AND RECOMMENDATION

BANK OF AMERICA,

      Defendant.             Civ. No. 10-3375 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    Plaintiffs' applications to proceed <u>in forma pauperis</u> [Docket Nos. 2 and 3] be DENIED.

    2.    This action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: March 18. 2011                <u>s/Michael J. Davis</u>
                                                   Michael J. Davis, Chief Judge
                                                   United States District Court