UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * *

JEANETTE LYNN ALESHIRE, and
ANDREW STEVEN ALESHIRE,

        Plaintiffs,

                                        AMENDED ORDER ADOPTING
v.                                  REPORT AND RECOMMENDATION

BANK OF AMERICA,

        Defendant.                       Civ. No. 10-3375 (MJD/LIB)

* * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    Plaintiffs' applications to proceed <u>in forma pauperis</u> [Docket Nos. 2 and 3] be DENIED.

2.    This action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 18, 2011                                    s/ Michael J. Davis
                                                                           Michael J. Davis, Chief Judge
                                                                           United States District Court